MARIAN R. LEVIN v. MARY E. BRADY.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procures the record on appeal and appellant's points to be filed on or before November 20, 1933, with notice of argu-

ment for December 5, 1933. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.